## 18108. DARBY *v.* THOMPSON.

BLOODWORTH, J. The motion for a new trial contains no special grounds; this court can not say that there is no evidence to support the verdict; the verdict is approved by the judge who tried the case, and the judgment is        *Affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JULY 14, 1927.

Garnishment; from Toombs superior court—Judge Hardeman. March 30, 1927.

*W. M. Lewis,* for plaintiff in error. *Saffold & Sharpe,* contra.

Appeal and Error, 4 C. J. p. 864, n. 34.

---

## 18109. BROWN *v.* THE STATE.

BROYLES, C. J. In view of the answer of the trial judge there is no merit in any of the assignments of error in the petition for certiorari, and the petition was properly overruled.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 14, 1927.

Certiorari; from Fulton superior court—Judge Moore. March 9, 1927.

*Audley M. Lane,* for plaintiff in error.

*Roy Dorsey, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw,* contra.

Certiorari, 11 C. J. p. 158, n. 86 New.